IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00481-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. ORLANDO BARRAZA-GAMEZ,
   a/k/a Orlando Gamez,
   a/k/a Orlando Gomez,
   a/k/a Orlando Gamez-Barraza,

       Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce ORLANDO BARRAZA-GAMEZ, a/k/a Orlando Gamez, a/k/a Orlando Gomez, a/k/a Orlando Gamez-Barraza before a United States Magistrate Judge forthwith for proceedings and appearances upon the charges in the Indictment, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

SO ORDERED this 9th day of December, 2009.

                                       _____
                                       UNITED STATES MAGISTRATE JUDGE
                                       UNITED STATES DISTRICT COURT
                                       DISTRICT OF COLORADO