**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Criminal Case No. 09-cr-00481-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ORLANDO BARRAZA-GAMEZ,
  a/k/a Orlando Gamez,
  a/k/a Orlando Gomez,
  a/k/a Orlando Gamez-Barraza,

      Defendant.

---

## ORDER SETTING TRIAL DATES AND DEADLINES

---

This matter is before the Court following a telephone conference between both counsel and Chambers staff.  To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **March 5, 2010** and responses to these motions shall be filed by **March 12, 2010**.  It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **Monday, March 15, 2010 at 2:30 p.m.**, in Courtroom A602 of the Arraj Courthouse.  If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion.  It is

FURTHER ORDERED that a four-day jury trial is set to commence **March 29, 2010 at 9:00 a.m.**, in Courtroom A602.

DATED:  February __24__, 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge