**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00481-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ORLANDO BARRAZA-GAMEZ,
  a/k/a Orlando Gamez,
  a/k/a Orlando Gomez,
  a/k/a Orlando Gamez-Barraza,

    Defendant.

---

**ORDER GRANTING ENDS OF JUSTICE
CONTINUANCE OF TRIAL DATES AND MOTIONS DEADLINES**

---

This matter is before the Court on Defendant's Motion To Continue Trial Date and To Extend Filing Period for Pretrial Motions (Doc. # 34), Defendant's Motion for Reconsideration (Doc. # 35), and Defendant's Unopposed Motion for Protective Order (Doc. # 36).

For the reasons set forth in Defendant's motion and pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting the motion outweigh the best interests of the public and the Defendant in a speedy trial. In addition, the Court finds that failing to grant a continuance "would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. 3161(h)(7)(B)(iv). It is, therefore,

ORDERED that the Final Trial Preparation Conference set for March 15, 2010 and the four-day jury trial currently set to commence March 29, 2010 are VACATED.

Any additional pretrial motions shall be filed by **March 30, 2010** and responses to these motions shall be filed by **April 9, 2010**.

As of this date, by the Court's calculation, the current 70-day speedy trial deadline in this case stands at May 8, 2010. If counsel feel that a trial date should be set further out than May 8, 2010, they should file a motion requesting an ends of justice continuance for a specific time. Otherwise, counsel for both parties are DIRECTED to call Chambers (303-335-2174) via conference call no later than noon, March 19, 2010 with their calendars available in order to reset the trial dates in this matter.

IT IS FURTHER ORDERED that:

1) Defendant's Motion for Reconsideration (Doc. # 35) is DENIED AS MOOT in light of this Order; and

2) Defendant's Unopposed Motion for Protective Order (Doc. # 36) is GRANTED. The Court further ORDERS that the Defendant shall not disclose any names, addresses, phone numbers or other confidential information contained in the application for, or order authorizing wire interceptions entered by the Honorable Kirk Samuelson, District Judge, Fourth Judicial District, State of Colorado, and any related documents, without order of the Court, and except as necessary in the preparation and presentation of a defense by Defendant Barraza-Gamez.

DATED: March __10__, 2010

BY THE COURT:

_Christine M Arguello_
_____
CHRISTINE M. ARGUELLO
United States District Judge